Ex. A

Incident / Arrest Report

Monique L. Worrell
State Attorney
Ninth Judicial Circuit
Orange and Osceola County, Florida

# STATE'S DISCOVERY EXHIBIT

State of Florida vs. MICHAEL CHRISTOPHER BROWN
Case Number(s): 48-2022-MM-008014-O,

Enclosed are copies of the police reports and related documents for the above-styled case. These documents are the State's Discovery Exhibit. All witnesses identified in the police reports will be treated by our office as Category A witnesses. While we will provide the names on a formal State's Witness List at a later date, we are disclosing them to you at this time.

If video tapes or DVD's are mentioned in the discovery exhibit, the tapes or DVD's may be viewed by appointment only. If you would prefer a copy of the video, please provide a blank DVD+ (plus) and a copy will be made for you. For all other video tapes, please contact the agency involved to set up an appointment to view or copy the video tape in evidence.

If 911 calls are mentioned or referred to in the discovery exhibit, the calls may be reviewed by appointment with the division secretary. For domestic violence cases, please call (407)836-1303 for an appointment or for a copy of the call. The 911 operator will be a witness although not identified in the police report.

If you are requesting documents concerning a breath test, such as operator permits, registration, annual inspection paperwork, monthly inspection paperwork or logs; these documents are available for inspection by contacting the agency which administered the breath test.

Sincerely,

Shydarrius Zhkei Jackson
Assistant State Attorney
407-836-2189

# Orange County — ICJIS Arrest Affidavit

Arrested ☑ At- Large ☐ JRA ☐

Document #: 1001873

Division #: TDW

Court Case #: 48-2022-CF-013288-A-O

Document Date: 11/14/2022

| | | | |
|---|---|---|---|
| Location of Defendant Vehicle: LAS | Date-Time Booked: 11/14/2022 23:37 | Agency Case Number: 22-69666 | |
| (ORI) : FL0480000 | Agency Name: ORANGE COUNTY SHERIFF'S OFFICE | FCIC/NCIC Check: ☑ | Date-Time of Arrest: 11/14/2022 21:26 |
| Address of Arrest: 8963 INTERNATIONAL DR | | | |

## DEFENDANT

| | | | | |
|---|---|---|---|---|
| Adult ☑ | Juvenile ☐ | Jacket Number: | Inmate Number: 22026721 | Language: ENGLISH |
| NAME (L,F,M): BROWN, MICHAEL CHRISTOPHER | A.K.A.: | Race: B | Sex: M | DOB: 01/22/1986 / Age: 36 |
| Height: 5'02" | Weight: 170 | Hair: BLK | Eyes: BRO | POB City: UNKNOWN / POB State: FL / POB Country: US |
| RES Street#: 14106 CRESTWICK DR | | | | Citizenship: US |
| City: JACKSONVILLE | State: FL | Zip: 32218 | Home Phone: | Other Phone: (904) 318-7060 |
| Scars/Tattoos: | | | | Ethnicity: NON HISPANIC |
| Driver's License/ State ID No: B-650-543-86-022-0 | State: FL | Year Expires: 2027 | | SSN #: |
| Business and Occupation: | | | | Bus Phone: |
| Bus Street#: | City: | State: | Zip: | |
| Next of Kin Name: , | | | | Phone: |
| Next of Kin Street #: | City: | State: | Zip: | |

## AGGRAVATORS:

Firearm ☑ Weapon ☐ Mask ☐ Vest ☐ Convicted Sex Batterer ☐ Hate Crime ☐ Special Victim: Domestic Violence? N

## OFFENSES:

Felony ☑ Misd. ☐ ORD. ☐ Traffic ☐ Out of County ☐ Court Location: CIRCUIT Originating State/County: /

| No. | GOC Code | Description | Count | Bond Amt $ / Status | FSS/ORD | FDLE Rec# | Drug Name | Citation Number |
|---|---|---|---|---|---|---|---|---|
| 1 | | CARRYING A CONCEALED FIREARM 790.01(2) | 1 | 2,500.00 | 790.01.2 | 2616 | | |

DCF Notified? N By Whom? On Probation? N Miranda Warning? Y By Whom? VELEZJONATHAN Invoked? Y

Sworn to (or affirmed) and subscribed before me by means of ☑ physical presence or ☐ online notarization this 14 day of November year 2022

by [signature]

Notary Public ☑ Law Enforcement or Corrections Officer ☐

Personally Known ☑ Produced Identification ☐

Type of Identification

Notary Signature [signature]

NOTARY PUBLIC STATE OF FLORIDA

I swear or affirm the above statements are correct and true

(407) 254-7000
Officer's Bus. Phone No.

Officer's Signature [signature]

VELEZ, JONATHAN / 8977
Officer's Name/ID

**Notice to Defendant Regarding Social Security Number:** This Law Enforcement Agency has collected your social security number (SSN) as required by FSS 119.071. This agency will use it for the purpose of confirming your identity, and sharing it with other governmental agencies to identify records linked to that SSN. This collection and use of your SSN is required by this agency to fulfill its lawful duties and responsibilities.

RYLES JR, EDWARD V
Notary Name

HH289519/ 07/19/2026
Notary Commission # / Exp. Date

**Orange County** — **ICJIS Arrest Affidavit** (continued)

Arrested ☑ At- Large ☐ JRA ☐

**Document #:** 1001873

**Division #: TDW**

**Document Date:** 11/14/2022

**Court Case #: 48-2022-CF-013288-A-O**

**Defendant's Name** BROWN, MICHAEL CHRISTOPHER

**Agency Case Number:** 22-69666

**NARRATIVE:** The undersigned has probable cause to believe the above-named defendant on the 14 of November 2022 at 20:59 at 8963 INTERNATIONAL DR (**Zone:** 50 ) in Orange County did

On November 14, 2022 at approximately 2059 hours, I, Deputy J. Velez while on proactive foot patrol at the Miller's Ale House Restaurant parking lot located at 8963 International Drive made contact with the defendant who was carrying a concealed firearm without a permit. He was transported to the Booking and Release Center. My investigation revealed: On November 14, 2022 at approximately 2059 hours, I, Deputy J. Velez and Sergeant M. Shaheed while on proactive foot patrol at Miller's Ale House Restaurant parking lot located at 8963 International Drive observed an occupied green Honda Accord sedan bearing Florida Tag PCNP15. The vehicle was running in a parking spot. I made contact to perform a check on wellbeing with the only occupant a black male sitting in the front driver's seat. He was later identified as Mr. Michael Christopher Brown (defendant) while talking to Michael, Sgt. Shaheed who was standing outside the front passenger window observed a firearm in plain view (see supplemental report). I drew my agency issued firearm and pointed it a Michael. I ordered him to exit the vehicle and he complied. Michael was secured in handcuffs which were double locked. I searched Michael's person but did not find any contraband. I asked Michael if he possessed a Concealed Weapons Permit and he advised he did not. I then searched the vehicle starting with the driver's seat where Michael was sitting. In plain view between the driver's seat and the center console, I observed a black firearm. I retrieved it. The gun was not in a holster and did not have any type of enclosing. The firearm was a black Taurus G2C 9 mm caliber (serial TLN11540). The firearm was loaded with a black magazine containing 10 Luger ballpoint 9 mm caliber bullets but no ammo was in the chamber. Based on my training and experience, it is my opinion that this weapon will, is designed to, or may readily be converted to expel a projectile by the action of an explosive. I searched the rest of the vehicle. Inside the center console, I located one black magazine loaded with 9 Luger ballpoint 9 mm bullets, and two boxes with 50 .22 caliber super extra hollow point bullets each. In the glove box, I located one unloaded black Heritage Rough Rider .22 caliber pistol (serial 3PH183680) and one box with 37 Luger 9 mm caliber ballpoint bullets. These items were and placed into evidence for safekeeping. A search of Michael via NCIC/FCIC and a search for a concealed weapons permit was conducted. Kelvin had a valid Florida DL but no concealed weapons permit was found on file. Both firearm's were ran via NCIC/FCIC with negative results. I read Michael his Warning of Constitutional Rights (Miranda) from my agency issued card. Michael advised he wanted an attorney present and said he did not want to speak. I have probable cause to charge Mr. Michael Christopher Brown with Carrying a Concealed Firearm without a permit in violation of F.S.S 790.01(2). Michael was transported to the Booking and Release Center without incident. The Firearm, magazine, and the rounds located next to Michael were placed into evidence. Michael's vehicle was secured and left at the scene. My body worn camera was activated during this incident.

Sworn to (or affirmed) and subscribed before me by means of ☑ physical presence or ☐ online notarization this 14 day of November year 2022

by [signature]

Notary Public ☑ Law Enforcement or Corrections Officer ☐

Personally Known ☑ Produced Identification ☐

Type of Identification

I swear or affirm the above statements are correct and true

(407) 254-7000
Officer's Bus. Phone No.

Officer's Signature [signature]

VELEZ, JONATHAN / 8977
Officer's Name/ID

**Notice to Defendant Regarding Social Security Number:** This Law Enforcement Agency has collected your social security number (SSN) as required by FSS 119.071. This agency will use it for the purpose of confirming your identity, and sharing it with other governmental agencies to identify records linked to that SSN. This collection and use of your SSN is required by this agency to fulfill its lawful duties and responsibilities.

Notary Signature [signature]

**NOTARY PUBLIC STATE OF FLORIDA**

RYLES JR, EDWARD V
Notary Name

HH289519/ 07/19/2026
Notary Commission # / Exp. Date

# Witness Form

| | | |
|---|---|---|
| Defendant Name: BROWN, MICHAEL CHRISTOPHER | | Document ID: 1001873 |
| Officer Name: VELEZ, JONATHAN | Officer ID: 8977 | Court Case #: 48-2022-CF-013288-A-O |
| Agency Name: ORANGE COUNTY SHERIFF'S OFFICE | ORI: FL0480000 | Agency Case #: 22-69666 |

**WITNESSES** V - Victim R - Reporter W - Witness

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| V | Name (L, F, M): STATE OF FLORIDA, | | Language: ENGLISH | Sex: | Race: | DOB: | Age: |
| | Resident Address: | Apt#: | City: | State: | Zip: | Home Phone: | |
| | Business/School: | | | | | Officer ID: | |
| Business/School Address: | | Suite# | City: | State: | Zip: | Bus Phone: | |

Testimony:

# Incident Report

ORANGE COUNTY SHERIFF'S OFFICE

22-69666

Supplement No ORIG

## Administrative Information

| Agency | Report No | Supplement No | Reported Date | Reported Time | CAD Call No |
|---|---|---|---|---|---|
| ORANGE COUNTY SHERIFF'S OFFICE | 22-69666 | ORIG | 11/14/2022 | 20:59 | 223183358 |

| Status | Nature of Call | Location of Occurrence | City | ZIP Code | Rep Dist | Area | Beat | From Date |
|---|---|---|---|---|---|---|---|---|
| REPORT WITH ARREST (ARS) | FELONY | 8963 INTERNATIONAL DR | ORLANDO | 32819 | 50A | 5 | 50 | 11/14/2022 |

| From Time | Officer | Assignment | Entered by | Assignment | Prop Trans Stat |
|---|---|---|---|---|---|
| 20:59 | 8977/VELEZ,JONATHAN | TOPS UNIT B SIDE | 8977/VELEZ,JONATHAN | TOPS UNIT B SIDE | Pending |

| Approving Officer | Approval Date | Approval Time |
|---|---|---|
| 3454/PROFITA,CHRISTINA | 11/16/2022 | 16:04:57 |

| Scene Processed? Y/N | Tourist Victim? Y/N | ECD Display w/Compliance Y/N | Firearm? Y/N | Weapon? Y/N |
|---|---|---|---|---|
| Y | N | N | Y | N |

| Mask? Y/N | Vest? Y/N | Hate Crime? Y/N | Special Victim? Y/N | Human Trafficking? Y/N |
|---|---|---|---|---|
| N | N | N | N | N |

| DCF Notified? Y/N |
|---|
| N |

| CAM - BWC Video | Property Form |
|---|---|
| Yes | Yes |

| # Offenses | Offense | Description | Complaint Type |
|---|---|---|---|
| 1 | 790.01(2) | CARRYING A CONCEALED | |

## Summary Narrative

| Invl | Invl No | Type | Name | MNI | Race | Sex | DOB |
|---|---|---|---|---|---|---|---|
| DEF | 1 | I | BROWN,MICHAEL CHRISTOPHER | 4842 | B | M | 01/22/1986 |
| VIC | 1 | G | ;STATE OF FLORIDA | | | | |

## Vehicle Summary

| Invl | Type | License No | State | Lic Year | Year | Make | Model | Style | Color |
|---|---|---|---|---|---|---|---|---|---|
| SUS | 1 | PCNP15 | FL | 2023 | 1998 | HOND | ACC | 4D | GRN |

## Property Summary

| Involvement | Description |
|---|---|
| EVD | FIREARM: TAURUS G2C Pistol, semi-automatic 9MM BLK TAURUS G2C 9MM FIREARM |
| EVD | FIREARM: UNKNOWN Type=Ammunition Cat=Flare 9MM ONE BLACK MAGAZINE |
| EVD | FIREARM: LUGER Type=Ammunition Cat=Flare 9MM 10 LUGER BALLPOINT 9MM BULLETS |
| SFK | FIREARM: UNKNOWN ROUGH RID PISTOL, REVOLVER SINGLE ACTION 22 ONE BLK HERITAGE ROUGH RIDER .22 REVOLVER |
| SFK | FIREARM: UNKNOWN Type=Ammunition Cat=Flare ONE BLK MAG, 2 BOXES W .22 HP BULLETS, ONE BOX 9MM |

## Summary Narrative

**Incident Report** 22-69666 Supplement No ORIG

ORANGE COUNTY SHERIFF'S OFFICE

DEFENDANT* (ARS USE ONLY) 1: BROWN,MICHAEL CHRISTOPHER

| Name | MNI | Race | Sex | DOB | Age | Ethnicity | Juvenile? | Height | Weight |
|---|---|---|---|---|---|---|---|---|---|
| BROWN,MICHAEL CHRISTOPHER | 4842063 | BLACK | MALE | 01/22/1986 | 36 | NON-HISPANIC | No | 5'02" | 170# |

| Hair Color | Eye Color | Skin | Place of Birth |
|---|---|---|---|
| BLACK | BROWN | BLACK | FLORIDA |

| Type | Address | City | State | ZIP Code |
|---|---|---|---|---|
| HOME ADDRESS | 14106 CRESTWICK DR | JACKSONVILLE | FLORIDA | 32218 |

| Type | ID No | OLS |
|---|---|---|
| OPERATOR LICENSE | B-650-543-86-022-0 | FLORIDA |

| Phone Type | Phone No |
|---|---|
| CELL | (904)318-7060 |

| Type | EMail |
|---|---|
| Home | NONE |

| Involvement | Arrest Type | Arrest Date | Arrest Time | Status | Arrest Location | City |
|---|---|---|---|---|---|---|
| DEFENDANT (ARS USE ONLY) | Arrested | 11/14/2022 | 21:26:00 | BOOKED | 8963 INTERNATIONAL DR | ORLANDO |

| Rep Dist | Place of Birth | City of Birth | Beat |
|---|---|---|---|
| 50A | FLORIDA | UNKNOWN | 50 |

| Charge | Level | Charge Literal | Bond Amt |
|---|---|---|---|
| 790.01(2) | F | CARRYING A CONCEALED | $2,500.00 |

VICTIM* 1: ;STATE OF FLORIDA

| Name |
|---|
| ;STATE OF FLORIDA |

Vehicle: PCNP15

| Involvement | Type | License No | State | Lic Year | Lic Type | Year | Make | Model | Style | Color | Dispo | Dispo Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SUSPECT | AUTO* | PCNP15 | FLORIDA | 2023 | AUTO | 1998 | HONDA | ACC | 4 DOOR SEDAN | GREEN | OTHER | 11/14/2022 |

Property

| Item | Involvement | In Custody? | Item No | Serial No | Description | Typ | Make | Model |
|---|---|---|---|---|---|---|---|---|
| 1 | EVIDENCE *** | Yes | 1 | TLN11540 | BLK TAURUS G2C 9MM FIREARM | F | TAURUS | G2C |

| Type/Cat | Caliber | Finish | # Pieces |
|---|---|---|---|
| Pistol, semi-automatic | 9MM | BLACK | 1 |

| Item | Involvement | In Custody? | Item No | Description | Typ | Make |
|---|---|---|---|---|---|---|
| 2 | EVIDENCE *** | Yes | 1 | ONE BLACK MAGAZINE | F | UNKNOWN |

| Type/Cat | | Caliber | Finish | # Pieces |
|---|---|---|---|---|
| Type=Ammunition | Cat=Flare | 9MM | BLACK | 1 |

| Item | Involvement | In Custody? | Item No | Description | Typ | Make |
|---|---|---|---|---|---|---|
| 3 | EVIDENCE *** | Yes | 2 | 10 LUGER BALLPOINT 9MM BULLETS | F | LUGER |

| Type/Cat | | Caliber | Finish | # Pieces |
|---|---|---|---|---|
| Type=Ammunition | Cat=Flare | 9MM | GOLD | 10 |

| Item | Involvement | In Custody? | Item No | Serial No | Description | Typ | Make |
|---|---|---|---|---|---|---|---|
| 4 | SAFEKEEPING | Yes | 3 | 3PH183680 | ONE BLK HERITAGE ROUGH RIDER .22 REVOLVER | F | UNKNOWN |

| Model | Type/Cat | Caliber | Finish | # Pieces |
|---|---|---|---|---|
| ROUGH RID | PISTOL, REVOLVER SINGLE ACTION | 22 CALIBER (RIMFIRE) | BLACK | 1 |

| Item | Involvement | In Custody? | Item No | Description | Typ | Make |
|---|---|---|---|---|---|---|
| 5 | SAFEKEEPING | Yes | 4 | ONE BLK MAG, 2 BOXES W .22 HP BULLETS, ONE BOX 9MM | F | UNKNOWN |

| Type/Cat | | # Pieces |
|---|---|---|
| Type=Ammunition | Cat=Flare | 4 |

Modus Operandi

| Gang Act? |
|---|
| No |

Narrative

On November 14, 2022 at approximately 2059 hours, I, Deputy J. Velez while on proactive foot patrol at the Miller's Ale House Restaurant parking lot located at 8963 International Drive made contact with the defendant who was carrying a concealed firearm without a permit. He was transported to the Booking and Release Center.

My investigation revealed:

On November 14, 2022 at approximately 2059 hours, I, Deputy J. Velez and Sergeant M. Shaheed while on proactive foot patrol at Miller's Ale House Restaurant parking lot located at 8963 International Drive observed an occupied green Honda Accord sedan bearing Florida Tag PCNP15. The vehicle was running in a parking spot. I made contact to perform a check on wellbeing with the only occupant a black male sitting in the front driver's seat. He was later identified as Mr. Michael Christopher Brown (defendant) while talking to Michael, Sgt. Shaheed who was standing outside the front passenger window observed a firearm in plain view (see supplemental report). I drew my agency issued firearm and pointed it a Michael. I ordered him to exit the vehicle and he complied. Michael was secured in handcuffs which were double locked. I searched Michael's person but did not find any contraband. I asked Michael if he possessed a Concealed Weapons Permit and he advised he did not.

I then searched the vehicle starting with the driver's seat where Michael was sitting. In plain view between the driver's seat and the center console, I observed a black firearm. I retrieved it. The gun was not in a holster and did not have any type of enclosing. The firearm was a black Taurus G2C 9 mm caliber (serial TLN11540). The firearm was loaded with a black magazine containing 10 Luger ballpoint 9 mm caliber bullets but no ammo was in

the chamber. Based on my training and experience, it is my opinion that this weapon will, is designed to, or may readily be converted to expel a projectile by the action of an explosive.

I searched the rest of the vehicle. Inside the center console, I located one black magazine loaded with 9 Luger ballpoint 9 mm bullets, and two boxes with 50 .22 caliber super extra hollow point bullets each. In the glove box, I located one unloaded black Heritage Rough Rider .22 caliber revolver (serial 3PH183680) and one box with 37 Luger 9 mm caliber ballpoint bullets. These items were placed into evidence for safekeeping.

A search of Michael via NCIC/FCIC and a search for a concealed weapons permit was conducted. Michael had a valid Florida DL but no concealed weapons permit was found on file. Both firearm's were ran via NCIC/FCIC with negative results.

I read Michael his Warning of Constitutional Rights (Miranda) from my agency issued card. Michael advised he wanted an attorney present and said he did not want to speak.

I have probable cause to charge Mr. Michael Christopher Brown with Carrying a Concealed Firearm without a permit in violation of F.S.S 790.01(2).

Michael was transported to the Booking and Release Center without incident.

The Firearm, magazine, and the rounds located next to Michael were placed into evidence.

Michael's vehicle was secured and left at the scene.

My body worn camera was activated during this incident.

# ORANGE COUNTY SHERIFF'S OFFICE
## REPORT ROUTING & AFFIDAVIT FORM

*NOTE: Each officer completing original and supplement reports must complete a separate transmittal form.*

## CASE INFORMATION

Date: 11/14/2022 Case #: 22-069666 Zone: 50

Defendant: Michael C. Brown ☒ Adult ☐ Juvenile

Charge(s): Carrying a Concealed Firearm

Defendant: ☐ Adult ☐ Juvenile

Charge(s):

*Author of this Report:* ☒ Original ☐ Supplement (No.: ) Print Name: D/S J. Velez

## ROUTING

*Disposition:*
☐ EC ☐ Pending ☐ Unf ☒ CBA ☐ FSAO ☐ Follow Up ☐ Information ☐ NTA

*Referred to:*
☐ Robbery ☐ Ag. Unit ☐ Marine Unit ☐ Economic ☒ Report Review
☐ Sex Crimes ☐ Property ☐ Auto Theft ☐ Dom Viol ☐ Child Abuse ☐ Missing Persons
☐ Homicide ☐ Persons ☐ Gang Unit ☐ Nuisance Abatement
☐ SID ☐ Other

*The following hard copies are attached:*
☐ Sworn Statements
☒ Property Form
☐ Victim Notification Form
☐ Waivers and Affidavits
☐ Referral Notice
☐ Other
☐ Trespass Warning
☐ FSAO Charging Affidavit/Witness Form
☐ Victim Confidential Form
☐ Photo/Injunction Referral
☐ Evidentiary Documents or Photos (attach 3 copies)
☐ Domestic Violence Worksheet

## JURAT

I swear/affirm my (check one)
☒ Incident ☐ Supplement Report
dated 11/14/2022 is true & correct.

Date: 11/14/2022 Officer EID: 8977

DS [signature] 8977
Signature of Affiant

Sworn to (or affirmed) and subscribed before me by means of ☒ physical presence or ☐ online notarization, this 15 day of November, 2022

by Velez
(name of person making statement)

[signature]
Signature of Law Enforcement/Notary

☒ Personally Known ☐ Produced ID
ID Presented:

☐ Non Standard Bond Approved by: ______ Watch Commander ______ Date

10-1722 (1/20) White - State Attorney Yellow - Records Pink - Investigator Gold - Crime Analysis

**Incident Report** — 22-69666 — Supplement No SUPP

ORANGE COUNTY SHERIFF'S OFFICE

**Administrative Information**

| Agency | Report No | Supplement No | Reported Date | Reported Time | CAD Call No | Nature of Call |
|---|---|---|---|---|---|---|
| ORANGE COUNTY SHERIFF'S OFFICE | 22-69666 | 0001 | 11/14/2022 | 20:59 | 223183358 | FELONY |

| Location of Occurrence | City | ZIP Code | Rep Dist | Area | Beat | From Date | From Time | Officer |
|---|---|---|---|---|---|---|---|---|
| 8963 INTERNATIONAL DR | ORLANDO | 32819 | 50A | 5 | 50 | 11/14/2022 | 20:59 | 2915/SHAHEED,MICHELLE |

| Assignment | Entered by | Assignment | Approving Officer |
|---|---|---|---|
| TOPS UNIT B SIDE | 2915/SHAHEED,MICHELLE | TOPS UNIT B SIDE | 3454/PROFITA,CHRISTINA |

| Approval Date | Approval Time |
|---|---|
| 11/16/2022 | 16:05:51 |

| CAM - BWC Video |
|---|
| Yes |

| # Offenses | Offense | Description | Complaint Type |
|---|---|---|---|
| 1 | 790.01(2) | CARRYING A CONCEALED | |

**Summary Narrative**

**SUSPECT* 1: BROWN,MICHAEL CHRISTOPHER**

| Name | MNI | Race | Sex | DOB | Age | Juvenile? | Height | Weight | Hair Color | Eye Color |
|---|---|---|---|---|---|---|---|---|---|---|
| BROWN,MICHAEL CHRISTOPHER | 4842063 | BLACK | MALE | 01/22/1986 | 36 | No | 5'02" | 170# | BLACK | BROWN |

| Place of Birth |
|---|
| UNKNOWN PLACE OF BIRTH |

| Type | ID No | OLS |
|---|---|---|
| OPERATOR LICENSE | B-650-543-86-022-0 | FLORIDA |

**Vehicle: PCNP15**

| Involvement | Type | License No | State | Lic Year | Lic Type | Year | Make | Model | Style | Color | VIN |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SUSPECT | AUTO* | PCNP15 | FLORIDA | 2023 | AUTO | 1998 | HONDA | ACC | 4 DOOR SEDAN | GREEN | 1HGCG5647WA062869 |

| # Occupants |
|---|
| 1 |

| Involvement | Type | License No | State | Lic Year | Lic Type | Year | Make | Model | Style | Color | VIN |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SUSPECT | AUTO* | PCNP15 | FLORIDA | 2023 | AUTO | 1998 | HONDA | ACC | 4 DOOR SEDAN | GREEN | 1HGCG5647WA062869 |

| # Occupants |
|---|
| 1 |

| Registered Owner |
|---|
| MICHAEL BROWN |

| Link | Involvement | Invl No | Name | Race | Sex | DOB |
|---|---|---|---|---|---|---|
| SUS | SUS | 1 | BROWN,MICHAEL CHRISTOPHER | B | M | 01/22/1986 |

**Property**

**Modus Operandi**

| Gang Act? |
|---|
| No |

**Narrative**

On November 14, 2022, I was on pro-active foot patrol with Deputy Jonathan Velez(EID# 8977). While on patrol, we encountered a subject with a firearm that was not securely encased and was readily accessible for immediate use. The subject was arrested.

The investigation revealed the following:

On November 14, 2022, I was on pro-active foot patrol with Deputy Jonathan Velez in the parking lot of the Miller's Ale House, located at 8963 International Drive. We were wearing a standard issue class B uniform that has a spruce green in color with Orange County Sheriff's Office patches on both sleeves. On our black tactical vests we were wearing a cloth name badge on the right breast and sheriff's office badge prominently displayed on the left breast. We were also wearing the standard issue basket weave leather duty belt with agency issued equipment around waist, making us clearly identifiable as law enforcement officers. While on pro-active foot patrol, a green Honda was observed. The green Honda was running with a person observed in the driver's seat. Out of concern for the occupant well being(unsure if they were injured, overdosing or in need of assistance), contact was made with the driver. Deputy Velez approached the vehicle on the driver's side, and I approached the vehicle on the passenger side.

Deputy Velez made contact with the driver, later identified as Michael Christopher Brown(B/M/01-22-86). As Deputy Velez was talking with Brown, I observed the grip of a firearm between the driver's seat and the center console. Based on my observation, the firearm was not securely encased and was readily accessible for immediate use. I then unholstered my firearm and informed Deputy Velez of the firearm. Brown was removed from the vehicle and secured.

At this time, Deputy Velez continued the investigation.

# ORANGE COUNTY SHERIFF'S OFFICE

## REPORT ROUTING & AFFIDAVIT FORM

*NOTE: Each officer completing original and supplement reports must complete a separate transmittal form.*

## CASE INFORMATION

Date: 11/14/22 Case #: 22-069666 Zone: 50

Defendant: Michael C Brown ☒ Adult ☐ Juvenile

Charge(s): Carrying Concealed Firearm

Defendant: ☐ Adult ☐ Juvenile

Charge(s):

*Author of this Report:* ☐ Original ☒ Supplement (No.: 1 ) Print Name: Sgt M Shaheed

## ROUTING

*Disposition:*
☐ EC ☐ Pending ☐ Unf ☒ CBA ☐ FSAO ☐ Follow Up ☐ Information ☐ NTA

*Referred to:*
☐ Robbery ☐ Ag. Unit ☐ Marine Unit ☐ Economic ☒ Report Review
☐ Sex Crimes ☐ Property ☐ Auto Theft ☐ Dom Viol ☐ Child Abuse ☐ Missing Persons
☐ Homicide ☐ Persons ☐ Gang Unit ☐ Nuisance Abatement
☐ SID ☐ Other

*The following hard copies are attached:*
☐ Sworn Statements
☐ Property Form
☐ Victim Notification Form
☐ Waivers and Affidavits
☐ Referral Notice
☐ Other
☐ Trespass Warning
☐ FSAO Charging Affidavit/Witness Form
☐ Victim Confidential Form
☐ Photo/Injunction Referral
☐ Evidentiary Documents or Photos (attach 3 copies)
☐ Domestic Violence Worksheet

## JURAT

I swear/affirm my (check one)
☐ Incident ☒ Supplement Report
dated 11/14/22 is true & correct.

Date: 11/14/22 Officer EID: 2915

Sgt Michael Shaheed
Signature of Affiant

Sworn to (or affirmed) and subscribed before me by means of ☒ physical presence or ☐ online notarization, this 15 day of November, 2022
by Shaheed.
(name of person making statement)

DLS [signature] 8977
Signature of Law Enforcement/Notary

☒ Personally Known ☐ Produced ID
ID Presented:

☐ Non Standard Bond Approved by: ______ Watch Commander ______ Date

# [redacted]ANGE COUNTY SHERIFF'S OFFICE
## Property Form

CASE #: 2[redacted]-069666

TAG #:

Zone: 50 Unit: T022

Date: 11/14/2022

Time Received: 2202

*Check One:*
- ☑ Report Receipt
- ☐ Receipt Only

Page 1 of 1

EVIDENCE CATEGORY: Felony

☑ Evidence (EVD) ☐ Found (FOU) ☐ Safekeeping (SFK) ☐ Stolen & Recovered (SAR) ☐ Other:

**RELEASE AUTHORIZATION** — Can property be released to owners at this time? Yes ☐ No ☑ — Can property be destroyed I.A.W. F.S.S. at this time? Yes ☐ No ☑

Location Where Property Impounded: 8963 International Drive

**LIST INVOLVEMENT CODE & NAME** — **VIC** - Victim **ARR** - Arrested **OWN** - Owner **REP** - Reporter **SUS** - Suspect

| INVOLVEMENT CODE | Name: | Address, City, State, ZIP: | Phone: | DOB: | Sex | Race |
|---|---|---|---|---|---|---|
| ARR | Michael C. Brown | 4106 Crestwick Dr. Jacksonville, FL 32218 | 9043187060 | 01/22/86 | M | B |
| | | | | | | |
| | | | | | | |

| Item # | Qty | Name or Type | Mfr. | Description (Color, Size, Weight, Currency, Denomination, Serial #, Etc.) | FOR EVIDENCE STAFF ONLY |
|---|---|---|---|---|---|
| 1 | 2 | Firearm | — | One blk Taurus G2C 9mm pistol | |
| " | " | " " | — | One blk magazine | |
| 2 | 10 | Ammo | — | 10 Luger ballpoint 9mm bullets | |

FOR USE BY EVIDENCE SQUAD ONLY

Details:

Other Agency Information/ Case #/TT Information:

**LABORATORY ANALYSIS** Yes ☑ No ☐ | Narcotics - List Article #s: | Latent Articles: | Firearms: 1 | Others:

I hereby acknowledge that the above list represents all property taken from me and that I have received a copy of this receipt.

Signature: Address: Phone:

**RECEIVED BY** (If released at scene by D/S or Det.) Signature: Date and Time Received:

**IMPOUNDING OFFICER**

I hereby acknowledge that the above list represents all property impounded by me in the official performance of my duty as Deputy Sheriff.

Impounding Officer Signature: D/S [signature] Print Name: J. Velez Emp ID #: 8977

District or Division: UPD Current Assignment/Sector: TOD2/Sector 5

Supervisor/Reviewer: Sgt. Shaheed Detective Assigned (if known):

Transported By (if different from original officer) Signature: Print Name:

| FOR USE BY EVIDENCE SQUAD | | | | | |
|---|---|---|---|---|---|
| Intake Officer: | Pkgs: | | Section/ Squad: | Date/Time Received: | |
| Data Entry Initials: | Money Verification Art #: | Amt Verified $ | Witness Initials: | Located by Initials: | Money Log Page #: |

**Arrested** ☑ **FSAO** ☐ **Pending** ☐

1401 (2/19)

STATE ATTORNEY

| Received By | Item Article # and Pkgs | Reason | Date & Time Received |
|---|---|---|---|
| | | | |

# ORANGE COUNTY SHERIFF'S OFFICE
## Property Form

Zone: 50 Unit: TP22

Date: 11/14/2022

Time Received: 2200

Check One:
- ☐ Report Receipt
- ☐ Receipt Only

CASE # 2[redacted]-069666

TAG #

Page 1 of 1

EVIDENCE CATEGORY: Safe Keeping

☐ Evidence (EVD) ☐ Found (FOU) ☒ Safekeeping (SFK) ☐ Stolen & Recovered (SAR) ☐ Other:

**RELEASE AUTHORIZATION** Can property be released to owners at this time? Yes ☐ No ☒ Can property be destroyed I.A.W. F.S.S. at this time? Yes ☐ No ☒

Location Where Property Impounded: 8963 International Drive

**LIST INVOLVEMENT CODE & NAME** VIC - Victim ARR - Arrested OWN - Owner REP - Reporter SUS - Suspect

| INVOLVEMENT CODE | Name: | Address, City, State, ZIP: | Phone: | DOB: | Sex | Race |
|---|---|---|---|---|---|---|
| OWN | Michael C. Brown | 14100 Crestwick Dr, Jacksonville, FL 32218 | 9043187060 | 01/22/86 | M | B |
| | | | | | | |

| Item # | Qty | Name or Type | Mfr. | Description (Color, Size, Weight, Currency, Denomination, Serial #, Etc.) | FOR EVIDENCE STAFF ONLY |
|---|---|---|---|---|---|
| 3 | 1 | Firearm | — | One blk Heritage Rough Rider | |
| " | " | " " | | .22 cal Revolver | |
| 4 | 4 | Ammo | — | One blk magazine, Two | |
| " | " | " " | | boxes of 50 .22 cal bullets, | |
| " | " | " " | | One box w/ 37 9mm bullets | |

FOR USE BY EVIDENCE SQUAD ONLY

Details:

Other Agency Information/ Case #/TT Information:

**LABORATORY ANALYSIS** Yes ☒ No ☐ | Narcotics - List Article #s: | Latent Articles: | Firearms: 3 | Others:

I hereby acknowledge that the above list represents all property taken from me and that I have received a copy of this receipt.

Signature: Address: Phone:

**RECEIVED BY** (If released at scene by D/S or Det.) Signature: Date and Time Received:

**IMPOUNDING OFFICER**

I hereby acknowledge that the above list represents all property impounded by me in the official performance of my duty as Deputy Sheriff.

Impounding Officer Signature: D/S [signature] Print Name: J. Velez Emp ID #: 8977

District or Division: UPD Current Assignment/Sector: TOPS/Sector 5

Supervisor/Reviewer: Sgt. Shaheed Detective Assigned (if known):

Transported By (if different from original officer) Signature: Print Name:

| FOR USE BY EVIDENCE SQUAD | Intake Officer: | Pkgs: | Section/ Squad: | Date/Time Received: |
|---|---|---|---|---|
| | Data Entry Initials: | Money Verification Art #: / Amt Verified $ | Witness Initials: / Located by Initials: | Money Log Page #: |

Arrested ☐ FSAO ☐ Pending ☐

1401 (2/19)

STATE ATTORNEY

| Received By | Article # and Pkgs | Reason | Date & Time Received |
|---|---|---|---|
| | | | |

CHIQ PAGE NO.0001 10596 T437 11-21-2022 12:48

ORANGE COUNTY SHERIFF'S OFFICE

CALLS-FOR-SERVICE INQUIRY RESPONSE

---

| | | | |
|---|---|---|---|
| INITIATE: | 20:59:09 11-14-2022 | CALL NUMBER: | 223183358 |
| ENTRY: | 20:59:09 | CURRENT STATUS: | CLOSED |
| DISPATCH: | 20:59:09 | PRIMARY UNIT: | TO22 |
| ON SCENE: | 20:59:09 | CASE NUMBER: | 220069666 |
| CLOSE: | 23:56:17 | DISPOSITION: | RWA |

LOCATION: 8963 INTERNATIONAL DR , ORLANDO ( AUSTRIAN CT & SAMOAN CT )

| | | | |
|---|---|---|---|
| DAREA: | S5 | | |
| BEAT: | 50 | TYPE: | CHECK --> FELONY |
| RD: | 50A | PRIORITY: | 1 |
| FIRE: | | | |

11-14-2022

| | | | |
|---|---|---|---|
| 20:59:09 | 048L | ONVIEW | TO20 |
| 20:59:09 | 048L | ID | TO20 <2915>SHAHEED,MICHELLE |
| 20:59:27 | 048L | BACK-OS | TO20 TO22 |
| 20:59:27 | 048L | ID | TO22 <8977>VELEZ,JONATHAN |
| 20:59:49 | SC64 | ONSCENOK | TO20 |
| 20:59:49 | SC64 | ONSCENOK | TO22 |
| 21:23:04 | 479M | BACK-ER | TO20 C56 |
| 21:23:04 | 479M | ID | C56 <8933>MICHALAK,TIMOTHY |
| 21:23:05 | SC64 | NEWLOC | LOCATION:8986 INTERNATIONAL DR ,ORG-->8953 INTERNATIONAL DR ,ORG, W/ 13V C/C * * * |
| 21:23:14 | SC64 | CHGLOCOS | TO22 8953 INTERNATIONAL DR ,ORG |
| 21:23:16 | SC64 | XOK | TO20 |
| 21:23:57 | SC64 | MISC | .3358, B/M SECURED** |
| 21:24:02 | SC64 | MISC | .3358, R/N * * |
| 21:24:07 | SC64 | ONSCENOK | TO22 |
| 21:24:07 | SC64 | ONSCENOK | TO20 |
| 21:25:35 | 479M | INSRVICE | C56 |
| 21:26:12 | SC64 | ONSCENOK | TO22, SIG 0 SECURED |
| 21:26:46 | SC64 | BACK-ER | TO22 350A, REQ ROUTINE 44 |
| 21:26:46 | SC64 | ID | 350A <8554>ROSA,JOHN |
| 21:34:25 | SC64 | MISC | TO20, AT THE ALE HOUSE |
| 21:34:53 | SC64 | NEWLOC | LOCATION:8953 INTERNATIONAL DR ,ORG-->8963 INTERNATIONAL DR ,ORG |
| 21:34:58 | SC64 | CHGLOCOS | TO20 8963 INTERNATIONAL DR ,ORG |
| 21:35:02 | SC64 | CHGLOCOS | TO22 8963 INTERNATIONAL DR ,ORG |
| 21:35:04 | SC64 | ONSCENOK | TO22 |
| 21:35:04 | SC64 | ONSCENOK | TO20 |
| 21:35:30 | 302M | ONSCENE | 350A |
| 21:37:18 | SC64 | ONSCENOK | 350A |
| 22:03:18 | SC64 | MISC | TO22, B/M T15 CARRYING CONCEALED FIREARM |
| 22:03:53 | 538S | CASE | TO22 SO2200069666 Assigned |
| 22:03:55 | 302M | INSRVICE | 350A |
| 22:04:17 | 538S | TRANSPRT | TO22 BRC, 84612 M/B |
| 22:04:41 | 048L | INSRVICE | TO20 |
| 22:04:56 | 048L | BACK-OS | TO22 TO20 |
| 22:04:56 | 048L | ID | TO20 <2915>SHAHEED,MICHELLE |
| 22:04:57 | SC64 | FNLTYPEO | TO22 FINALTYPE:CHECK-->FELONY, MDS |
| 22:05:12 | SC64 | ONSCENOK | TO20 |

CHIQ PAGE NO.0002 10596 T437 11-21-2022 12:48

ORANGE COUNTY SHERIFF'S OFFICE
CALLS-FOR-SERVICE INQUIRY RESPONSE

22:05:19 048L MISC TO20, X8 W/SUPPLEMENT
22:05:22 048L INSRVICE TO20
22:18:36 538S TR-CMPT TO22, 84619
23:56:17 538S CLEAR TO22 RWA
23:56:17 538S CLOSE TO22 RWA

| | | | |
|---|---|---|---|
| OPERATOR ASSIGNMENTS: | 048L | 2915 | SHAHEED,MICHELLE |
| | SC64 | 9992 | LUCAS,MEGHAN |
| | 479M | 8933 | MICHALAK,TIMOTHY |
| | 302M | 8554 | ROSA,JOHN |
| | 538S | 8977 | VELEZ,JONATHAN |

**** REPORT COMPLETED ****